FILED
AUG 11 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVERETT MCKINLEY TOY,<br><br>   Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>   Respondent. | Case No. CV 09-5442-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: Aug 10, 2009

Spencer Letts
_____
J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY